IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| RICHARD DAVIS, | ) | Case No. | 3:05-cv-689-DRH |
| JEFFREY S. HASS, | ) | | 3:05-cv-690-DRH |
| NATHAN H. NIPPS, | ) | | 3:05-cv-693-DRH |
| GREGORY C. SESSION, | ) | | 3:05-cv-694-DRH |
| LESLIE WHITTINGTON, | ) | | 3:05-cv-698-DRH |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| PURDUE PHARMA COMPANY, THE, et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

**ORDER REGARDING DISCOVERY**

In the interest of reducing delay and expense, it is **ORDERED** that discovery disputes that cannot be resolved through informal means pursuant to Federal Rule of Civil Procedure 37 shall be handled in the following manner:

The party with the discovery dispute shall contact Robin Butler, Judge Wilkerson's courtroom deputy, at 618-482-9376, to schedule a telephonic conference call with the Court and opposing counsel.  If the dispute involves written discovery, the disputed portion(s) shall be faxed to the Court, at 618-482-9277, prior to the telephonic conference.  The party with the discovery dispute shall be responsible for initiating the conference call.  The Court's teleconference number is 618-482-9004.  Written motions to compel or legal memoranda will not be accepted unless specifically requested by the Court.  Expense of the call will be borne by the non-prevailing party.  The parties are directed to this court's webpage, http://www.ilsd.uscourts.gov/Judges/wilkersonpretrial.html, for additional information and

specific procedures regarding discovery disputes.  **Consult this Court's webpage BEFORE contacting chambers with questions**.


**DATED: January 17, 2006**

                <u>**s/ Donald G. Wilkerson**</u>
                **DONALD G. WILKERSON**
                **UNITED STATES MAGISTRATE JUDGE**