**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**LESLIE WHITTINGTON,**

**Plaintiff,**

**v.**

**THE PURDUE PHARMA COMPANY,
PURDUE PHARMA L.P.,
PURDUE PHARMA, INC.,
PURDUE FREDERICK COMPANY,
P. F. LABORATORIES, INC., and
MALLINCKRODT INC.,**

**Defendants.**                                      **No. 05-CV-0698-DRH**

## ORDER

**HERNDON, District Judge:**

       Now before the Court is the parties' stipulation for dismissal with prejudice (Doc. 29).  Based on the parties' stipulation, the Court **DISMISSES with prejudice** this case.  The Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

       **IT IS SO ORDERED.**

       Signed this 19th day of January, 2007.

/s/        David  RHerndon
**United States District Judge**